IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| STRATOSAUDIO INC.,<br><br>      Plaintiff,<br><br>v.<br><br>HYUNDAI MOTOR AMERICA,<br><br>      Defendant. | Case No. 6:20-cv-1125-ADA<br><br>**JURY TRIAL DEMANDED** |

## CASE READINESS STATUS REPORT

Plaintiff StratosAudio, Inc. ("StratosAudio") and Defendant Hyundai Motor America ("Hyundai") hereby provide the following status report in advance of the initial Case Management Conference (CMC).

## FILING AND EXTENSIONS

StratosAudio's Complaint was filed on December 11, 2020. There has been one extension for a total of forty-five (45) days.

## RESPONSE TO THE COMPLAINT

On February 22, 2021, Hyundai responded to StratosAudio's Complaint by filing a (sealed) Motion to Dismiss for Improper Venue. Dkt. 12.

## PENDING MOTIONS

The following motions are currently pending:

- Hyundai's Motion to Dismiss for Improper Venue (filed under seal). Dkt. 12.

### RELATED CASES IN THIS JUDICIAL DISTRICT

The following related cases are pending in this Judicial District:

- *StratosAudio, Inc. v. Mazda Motor of America, Inc.*, No. 20-cv-01126-ADA;
- *StratosAudio, Inc. v. Subaru of America, Inc.*, No. 20-cv-01128-ADA;
- *StratosAudio, Inc. v. Volvo Cars USA, LLC*, No. 20-cv-01129-ADA;
- *StratosAudio, Inc. v. Volkswagen Group of America, Inc.*, No. 20-cv-01131-ADA

### IPR, CBM, AND OTHER PGR FILINGS

There are no known *inter partes* review (IPR), covered business method review (CBM), or other post grant review (PGR) filings at this time.

### NUMBER OF ASSERTED PATENTS AND CLAIMS

In its Complaint, StratosAudio asserts seven (7) patents and a total of thirty-eight (38) patent claims. StratosAudio reserves the right to assert additional or different patent claims in its Preliminary Infringement Contentions.

### APPOINTMENT OF TECHNICAL ADVISER

The parties do not believe a technical advisor will be necessary for this case.

### MEET AND CONFER STATUS

Plaintiff and defendant met and conferred on March 1, 2021. The parties have no pre-Markman issues to raise at the CMC.

| | |
|---|---|
| Dated:  March 4, 2021 | Respectfully submitted, |
| */s/ Corby Vowell* | */s/ Ryan Yagura* |
| **FRIEDMAN, SUDER & COOKE** | Ryan K. Yagura (Tex. Bar No. 24075933) |
| 604 East 4th Street, Suite 200 | ryagura@omm.com |
| Fort Worth, TX 76102 | Nicholas J. Whilt (Pro Hac Vice, Cal Bar. |
| 817-334-0400 | No. 247738) |
| Fax: 817-334-0401 | nwhilt@omm.com |
| vowell@fsclaw.com | Clarence A. Rowland (Pro Hac Vice, Cal. Bar No. 285409) |
| **WHITE & CASE LLP** | crowland@omm.com |
| Michael Songer (Pro Hac Vice to be filed) | **O'MELVENY & MYERS LLP** |
| 701 Thirteenth Street, NW | 400 S. Hope Street |
| Washington DC, 20005 | Los Angeles, CA 90071 |
| 202.626.3600 | Telephone: 213-430-6000 |
| michael.songer@whitecase.com | Fax: 213-430-6407 |
| Charles Larsen (Pro Hac Vice to be filed) | **Attorneys for Defendant Hyundai Motor America** |
| 75 State Street | |
| Boston, MA 02109 | |
| 617.979.9300 | |
| charles.larsen@whitecase.com | |
| Ryuk Park (Pro Hac Vice to be filed) | |
| 2 Palo Alto Square, 3000 El Camino Real, #900 | |
| Palo Alto, CA 94306 | |
| 650.213.0300 | |
| ryuk.park@whitecase.com | |
| **ATTORNEYS FOR PLAINTIFF STRATOSAUDIO, INC.** | |

<h2 style="text-align:center"><u>CERTIFICATE OF SERVICE</u></h2>

I hereby certify that on the 4th day of March, 2021, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Western District of Texas, Waco Division using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Corby Vowell*