EXHIBIT A

**Barry P. Medoff, Ph.D.**

1431 Arcadia Place
Palo Alto, CA 94303
650.269.1459
barry@medoff.com

**Technical Expertise:** Digital Signal Processing, Graphics and Multimedia, Networking and Security, iOS, Swift, Mobile Applications, IP Communications, VoIP

## Education

1/84 — *Ph.D.,* Stanford University, Department of Electrical Engineering. Developed and implemented computationally efficient algorithms for signal and image processing. Thesis: Image Reconstruction from Limited Data.

6/77 — *M.S.,* Stanford University, Department of Electrical Engineering. Concentration in the areas of statistical signal processing and computer systems (programming languages, operating systems, computer architecture).

5/76 — *B.S.,* Yale University, Double Major: Computer Science and Engineering and Applied Science. Graduated *Summa Cum Laude*, with Distinction.

## Litigation Experience

2017
**Baker & Hostetler LLP**
**Akin Gump Strauss Hauer & Feld LLP**
**Fish & Richardson P.C.**
**Finnegan, Henderson, Farabow, Garrett & Dunner, LLP**
**Pillsbury Winthrop Shaw Pittman LLP**
*Broadcom v. Funai, Vizio, MSTAR/MediaTek, LG, Sigma - Certain Semiconductor Devices and Consumer Audiovisual Products Containing Same (USITC Inv. No. 337-TA-1047)*
Expert for respondents on invalidity of a patent directed to video, graphics and image processing. Searched, identified and analyzed prior art. Wrote expert report and had my deposition taken. Testified on invalidity at ITC trial.

2015
**Locke Lord LLP**
*Patent infringement matter dealing with telecommunications*
Reviewed source code for a real-time voice over IP telecommunications processing system.

2012–2014
**Kirkland & Ellis LLP, Irwin IP LLC** (representing Wowza Media Systems)
*Adobe v. Wowza Media Systems (N.D. Cal. 2011, 2014)*
Two related patent infringement cases dealing with streaming multimedia. Performed extensive analysis of source code from the other party. Reviewed and analyzed software development methodology. Wrote an expert report and had my deposition taken. Contributed to claim construction and summary judgement briefs. Reviewed and analyzed briefs from the opposing side. Contributed to the technology tutorial. Led the Invalidity Contentions analysis for two patents. Reviewed prior art including patents and prosecution histories, technical publications, related products and related litigation.

**Employment and Consulting Experience**

2005–present **President, Transition Technology Ventures, LLC**
Independent consulting and product development in mobile app, Web, multimedia and cloud based services. Technical focus on iOS, digital signal processing, streaming video and IP communications. Major projects include:

2016–present **SDR Receiver:** Developed and implemented an app for iPhone, iPad and Mac that is for sale on the iOS App Store and on the Mac App Store. The app is implemented entirely in Swift. It uses digital signal processing algorithms to filter and demodulate digital streams that are received over the network from a networked radio that captures and digitizes HF and VHF signals.

2013–2014 **Mangstor:** Advisor to the CEO of an early stage startup developing a high performance SSD storage system. Developed new product and market positioning strategy. Reviewed multiple iterations of the business plan and provided recommendations on financing and negotiation with investors.

2009–2010 **SilverCloud Video:** Built a live mobile video streaming service running on Amazon AWS/EC2. Implemented real-time transcoding of high bandwidth multi-format source video streams to protocols and formats suitable for display on mobile devices. Leveraged a variety of open source packages in novel combinations and configurations. Supported the Apple HTTP Live Streaming protocol to provide bandwidth adaption and encryption.

2005–2006 **D2 Technologies:** Developed a Web-based communications product and business strategy for a technology company that had been building primarily embedded IP communications software. Completed a market and competitive analysis of the network operator shift to IP communications and their approach to Internet technologies. Performed a detailed technical analysis of the new Internet communications providers led by Skype, and a market and business analysis of how these new providers would impact incumbent network operators.

6/88–12/04 **Sun Microsystems**

11/00–12/04 **Director of Networking Technology, Corporate Strategy and Development**
2/00–11/00 **Senior Manager, Corporate Strategy and Development**
Member of the initial core team that formed Sun's Venture and Strategic Investment Group, the first focused venture investment team at Sun. Led investments in several startups based on long term strategic value to Sun. Responsible for all venture activities and management of Sun's venture portfolio as co-leader of the Investment Committee of the Corporate Strategy and Development Group. Served as board observer for two portfolio startups.

Developed a networking and interconnect strategy based on investment in, partnership with, and acquisition of leading edge startups. Drove a broad based evaluation of the field that included meeting with and analyzing several dozen potential target companies in close partnership with corporate and business unit senior executives, technologists, and marketing experts.

**Specific Accomplishments Include:**

**Nauticus Networks:** Drove the industry evaluation and technology and business strategy analysis that identified this core networking technology company for acquisition. Worked with the Nauticus team over a long period of

time as their product was developed and brought to market to determine the mutual product roadmaps and business relationships that would be most beneficial. Worked with multiple product teams in various Sun business units over a long period of time to converge on a partnership strategy, with acquisition being the eventual outcome.

**Andes Networks:** Led a Series B strategic investment in this pioneering developer of industry leading performance and cost-performance SSL solutions. Served on the board as an observer (October 2000–September 2003), working closely with the board and company senior management on all aspects of their product development and market strategy. Incubated a relationship between Andes and the Sun product group developing security solutions resulting in the selection of Andes as the OEM provider of an SSL acceleration blade for the Sun Bladecenter product, which was brought to market in August 2003. Sun acquired Andes Networks in September 2003 and shipped their product.

**Mellanox Technologies:** Led a Series C strategic investment in this early supplier of semiconductors that implement the InfiniBand industry standard 10Gigabit interconnect. Served on the board as an observer (November 2001–October 2004). Linked and aligned Mellanox with Sun product teams building systems incorporating InfiniBand. Developed a clear vision of the state of and future of InfiniBand and alternative interconnect technologies based on insights from Mellanox and other sources, and drove this into Sun product strategy through CTO-level interactions with multiple Sun business units.

**Topspin Communications:** Initiated a strategic relationship between Sun and this supplier of server interconnect technology and systems. Completed a review of more than a dozen companies developing InfiniBand-based chips and systems and at least as many in related spaces (TOE, 10Gigabit Ethernet, etc.). Began discussions between several of the leading candidates and the many different business units at Sun requiring this technology. Drove convergence among all business units to Topspin as the primary strategic partner for certain critical requirements.

**Additional Activities:** Performed the first technology and product strategy evaluations that eventually led to key acquisitions for Sun including: Afara Web Systems (Multi-Core Computing), and Terraspring (Data Center Management). Contributed to the acquisition transaction process as part of the Deal Review team that had oversight for all M&A transactions at Sun. Regularly sought out by senior management and technologists throughout Sun for review of product and strategy issues as well as specific investment and acquisition opportunities.

10/96–2/00 **Systems Architect, Information Appliances and Webtop**
Responsible for the definition and design of next generation thin clients. Contributed to product hardware and software development, and to technology strategy. Led the technical due diligence for a potential acquisition of Webtop software technology. Led the hardware technical evaluation of a large potential systems acquisition. Led a review of the Network Computer low cost CPU strategy. Contributed to a VP/Director-level inter-division team that reviewed Java bytecode (direct execution) CPU performance and suitability for Network Computers. Acted as the primary representative of the Network Computer Systems group to the Microelectronics group for CPU development. Set up, chaired, and provided the lead requirements input to a team that defined a cost-reduced UltraSPARC. Wrote a series of whitepapers reviewing alternative low-cost CPU and system implementation options including hardware, software, cost, and manufacturing issues and tradeoffs.

8/93–10/96 **Manager, Architecture and Performance Group**

Created, staffed, managed, and provided technical direction for the Computer Systems Architecture and Performance Group. This group built CPU and system performance measurement and simulation tools, and applied them to a wide range of design, verification, and system characterization problems. The tools built were: 1) an FPGA-based hardware performance monitor which was an SBus card whose gate level design was configured with software to monitor and count complex events including bus transactions and CPU pipeline activity; 2) a kernel trace generator; this simulator ran and traced the entire Solaris kernel including a target application and produced a trace of user and kernel instructions; it provided database traces that drove CPU design tradeoffs; 3) hardware performance counter monitoring software that used CPU and system-level hardware event counters to provide low-level execution information; this software was widely used in the company; operating system support was built into the Solaris kernel; applications of the software included performance analysis and tuning of database code and CPU pipeline execution studies.

6/88–8/93 **Senior Architect, Desktop and Graphics Development Organization**

Projects and accomplishments include:

Initiated the productization of a new low-cost SPARCstation 10 multiprocessor workstation. Technical lead for the initial concept evaluation, bring-up, and debug. Used a partially functioning processor to determine the performance that would be achieved with a fully functioning processor. Based on these results, drove the final decision to complete and ship the product.

Responsible for architecture simulation and performance analysis of the SPARCstation 10. Joined the project at its inception. Created cycle-accurate bus and memory system models. Integrated these models with cache and pipeline simulators. Evaluated many candidate CPUs. Drove memory system design tradeoffs based on simulation feedback.

Led SPARCstation 10 performance debug/verification. Found a performance bug in the SuperSPARC CPU that was degrading integer performance by 5-10%.

Wrote a cycle-accurate model of the SPARCstation 20 integrated graphics and image processing accelerator. Wrote a set of graphics benchmarks that spanned the range of application behaviors and the features of the graphics accelerator. Working closely with both the ASIC designers and the software library developers, applied the simulator and benchmarks to make performance-driven design tradeoffs. This closed-loop system level approach was at that time quite novel at Sun and served to focus and increase communication among various parts of the team, and to greatly improve the quality of the product.

Worked closely with all SPARC CPU developers including Cypress, Fujitsu, Sun, LSI Logic, and others to jointly drive design decisions and to make Sun product choices.

Initiated a collaborative research project on multiprocessor 3D interactive graphics with Prof. Andy van Dam and his research group at Brown University. The results of this project were exhibited at SIGGRAPH.

8/83–5/88 **ESL Incorporated, A Subsidiary of TRW, Sunnyvale, California**

| | |
|---|---|
| Department Manager | 4/87 - 5/88 |
| Section Manager | 4/86 - 4/87 |
| Staff Engineer | 8/83 - 4/86 |

Managed a group of 20 engineers engaged in development and implementation of high-speed signal processing systems for communication and source location applications. Responsible for project management and technical direction, personnel management, and new business marketing.

Technical work focused on development of: signal processing algorithms and high-speed parallel computer architectures; parallel algorithms for solution of least-squares problems; VLSI chips for numerical applications.

Responsibilities included: Principal Investigator for internal research and development program in signal enhancement; Project Engineer for a government funded study of systolic architectures for adaptive signal processing; Technical Lead for a government funded study of geolocation and direction of arrival estimation algorithms; technical contributor to numerous research programs, development projects, and proposals.

9/78–8/83 **Information Systems Laboratory, Department of Electrical Engineering, Stanford University, Stanford, California**
Developed, analyzed and implemented new algorithms for image reconstruction from limited data in computerized tomography (CAT scanning).

5/78–7/78
7/77–9/77 **IBM Research Laboratory, Zurich, Switzerland**
Designed and analyzed algorithms for interpolation and bi-level rendition of continuous-tone digital images.

5/76–8/76 **IBM Research Laboratory, San Jose, California**
Developed and simulated algorithms for dynamic thresholding and background suppression in gray scale and halftone digital images.

5/75–8/75 **Dept. of Computer Science, Yale University, New Haven, Connecticut**
Designed and built a high-resolution display memory controller for a bit mapped graphics timesharing system developed at Yale.

5/74–8/74 **IBM Special Applications Programming, White Plains, New York**
Designed and implemented a data entry/edit front end for an on-line database search and retrieval system.

5/73–8/73 **IBM Special Applications Programming, White Plains, New York**
Wrote special purpose PL/1 programs for data retrieval and report generation from large database systems.

**Honors and Awards**

| | | |
|---|---|---|
| Graduate Fellowship | Stanford University | 9/76 |
| *Summa Cum Laude* | Yale University | 5/76 |
| Phi Beta Kappa | Yale University | 9/75 |
| Tau Beta Pi | Yale University | 9/75 |
| Becton Prize Scholarship | Yale University | 9/75 |

**Professional Societies**

Association for Computing Machinery (ACM)

## Publications

U.S. Patent No. 5,287,508: Issued February 15, 1994, “Method and Apparatus for Efficient Scheduling in a Multiprocessor System,” Donald J. Hejna and Barry P. Medoff.


1. P. Stucki and B. P. Medoff, "A multiple-error correction computation algorithm for bi-level image hardcopy reproduction," Research Report RZ 926 (#31649), IBM Research Laboratory, Zurich, Switzerland, October 1978.

2. B. Widrow, J. M. McCool, and B. P. Medoff, "Adaptive control by inverse modeling," in *Proc. Twelfth Asilomar Conference on Circuits, Systems and Computers*, Pacific Grove, CA, November 1978.

3. M. Nassi, W. R. Brody, B. P. Medoff, and A. Macovski, "Iterative reconstruction-reprojection: An algorithm for limited data cardiac computed tomography," *IEEE Trans. Biomed. Engin.*, vol. BME-29, no. 5, pp. 333-341, May 1982.

4. B. P. Medoff, W. R. Brody, and A. Macovski, "Image reconstruction from limited data, " in *Proc. International Workshop on Physics and Engineering in Medical Imaging,* Pacific Grove, CA: IEEE Computer Society, March 15-18, 1982, pp. 188-192 (IEEE Cat. No. 82CH1751-7).

5. B. P. Medoff, W. R. Brody, and A. Macovski, "The use of a priori information in image reconstruction from limited data, " in *Topical Meeting on Signal Recovery and Synthesis With Incomplete Information and Partial Constraints*, Incline Village, Nev., Jan 12-14, 1983 (Paper FA7).

6. B. P. Medoff, W. R. Brody, and A. Macovski, "The use of a priori information in image reconstruction from limited data," in *Proc. IEEE Int. Conf. on Acoust., Speech, Signal Processing,* Boston, MA, April 14-16, 1983, pp. 131-134.

7. B. P. Medoff, W. R. Brody, M. Nassi, and A. Macovski, "Iterative convolution backprojection algorithms for image reconstruction from limited data," *J. Opt. Soc. Am.,* vol. 73, no. 11, pp. 1493-1500, Nov. 1983 (Special Issue on Signal Recovery).

8. B. P. Medoff, "Image reconstruction from limited data," Ph.D. dissertation, Dept. of Electrical Engineering, Stanford University, Stanford, CA, Dec. 1983.

9. B. P. Medoff *et al.*, *High Speed Adaptive Signal Processing,* ESL Technical Report ER458, November 1984 (also RADC Technical Report RADC-TR-85-53, March 1985).

10. B. P. Medoff, "An inner product framework for image reconstruction," in *Proc. IEEE Int. Conf. on Acoust., Speech, Signal Processing,* Tampa, FL, March 26-29, 1985.

11. B. P. Medoff, "Image reconstruction from limited data in computerized tomography," in *Image Recovery: Theory and Application,* H. Stark, Ed., Academic Press, 1987, pp. 321-368.