**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| STRATOSAUDIO INC., <br>     Plaintiff, <br> v. <br><br> HYUNDAI MOTOR AMERICA, <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 6:20-cv-01125-ADA <br><br> **JURY TRIAL DEMANDED** |
| STRATOSAUDIO INC., <br>     Plaintiff, <br> v. <br><br> MAZDA MOTORS OF AMERICA, INC., <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 6:20-cv-1126-ADA <br><br> **JURY TRIAL DEMANDED** |
| STRATOSAUDIO INC., <br>     Plaintiff, <br> v. <br><br> SUBARU OF AMERICA, INC. <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 6:20-cv-1128-ADA <br><br> **JURY TRIAL DEMANDED** |
| STRATOSAUDIO INC., <br>     Plaintiff, <br> v. <br><br> VOLVO CARS USA, LLC, <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 6:20-cv-1129-ADA <br><br> **JURY TRIAL DEMANDED** |
| STRATOSAUDIO INC., <br>     Plaintiff, <br> v. <br><br> VOLKSWAGEN GROUP OF <br> AMERICA, INC., <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 6:20-cv-01131-ADA <br><br> **JURY TRIAL DEMANDED** |

**MEMORANDUM ORDER ON AUTONATION, INC.'S SECOND AMENDED MOTION
FOR PROTECTIVE ORDER AND MOTION TO QUASH SUBPOENA**

The Court, having considered AutoNation's Second Amended Motion for a Protective Order and to Quash Subpoena, DENIED the motion in part and GRANED the motion in part during the March 11, 2022 hearing.  The Court hereby memorializes its March 11, 2022 rulings:

AutoNation's motion is DENIED in part and GRANTED in part.

AutoNation shall produce the sales and service agreements between its dealerships and the Defendants by March 25, 2022.

AutoNation shall produce a representative Manufacturer's Certificate of Origin ("MCO") and dealer invoice for one model year of each accused car model by March 25, 2022.

AutoNation shall provide a declaration regarding the authenticity and representativeness of the documents it produces within a reasonable, mutually agreed time following production.

AutoNation's Motion is GRANTED as to marketing and service communications from Defendants.  StratosAudio may seek those documents from Defendants.

The remainder of AutoNation's Motion is DENIED as moot.

Signed this 27th day of March, 2022.

ALAN D. ALBRIGHT
United States District Judge